# United States Life Ins. Co. *v.* Lesser.

APPEAL from Birmingham City Court.
Tried before the Hon. H. A. SHARPE.

HEWITT, WALKER & PORTER, for appellant.

LANE & WHITE and RICHARD H. FRIES, for appellee.

The appellee, Emil Lesser, brought this action against the United States Life Insurance Company, to recover the amount of a policy of life insurance, issued by the plaintiff, insuring the life of one Henry Silberman. From a judgment in favor of the plaintiff the defendant appeals.

The judgment is affirmed on the authority of *United States Life Insurance Co. v. Lesser, ante,* p. 568.

Opinion PER CURIAM.

---

# Grayson *v.* The State.

APPEAL from Wilcox Circuit Court.
Tried before the Hon. JOHN MOORE.

MILLER & BONNER, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny.
Judgment affirmed.

Opinion by HARALSON, J.